IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr190-MHT |
| | ) | (WO) |
| TOWANNA LORRELL CHAPMAN | ) | |

## ORDER

Upon consideration of the probation officer's request for early termination of defendant Towanna Lorrell Chapman's probation, the included report describing Chapman's successful compliance with all terms of her probation for more than one year, as well as her stable employment and overall community reintegration, and the probation officer's indication that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of probation (Doc. 1331) is granted.

(2) Defendant Towanna Lorrell Chapman's probation is terminated effective immediately, and she is discharged.

DONE, this the 17th day of November, 2023.

                                           /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**